

1 | MCGREGOR W. SCOTT
United States Attorney
2 | LAUREL J. MONTOYA
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

5

6 | Attorneys for Plaintiff
United States of America

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 5:15-mj-00064-JLT

12 | Plaintiff, | ORDER TO
UNSEAL COMPLAINT AND ARREST
13 | v. | WARRANT

14 | NATHAN OBIORA NWONBI,

15 | Defendant.

16

17 | The Complaint and Arrest Warrant were sealed by Order of this Court pursuant to Rule 6(e) of

18 | the Federal Rules of Criminal Procedure.

19 | IT IS HEREBY ORDERED that the case be unsealed and be made public record.

20

21 | DATED: 2/6/2019

22 | HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Motion and Order to Unseal Complaint          2

**FILED**
FEB 07 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK